UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

Order Filed on May 17, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY P. JOSEPH

Case No.: 15-33426 (JNP)

Chapter: 13

Judge: Jerrold N. Poslusny

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 17, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _Rex J. Roldan, Esquire_ for the reduction of time for a hearing on _debtor's Motion to Permit Sale of Real Property and to Waive the Fed. R. Bankr. P. 6004(h) Stay_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _May 29, 2018_ at _10:00 a.m._ in the United States Bankruptcy Court, _400 Cooper Street, 4th Floor, Camden, NJ 08101_, Courtroom No. _4C_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Chapter 13 Standing Trustee and the Township of Willingboro Tax Collector_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _All other interested parties_

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

> ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail
> _____ day(s) prior to the scheduled hearing; or

> ☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

> ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3