UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425  Fax (856) 232-1025
Attorney for Debtor

Order Filed on June 28, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY P. JOSEPH

Case No.: 15-33426 (JNP)

Chapter: 13

Judge: Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Rex J. Roldan, Esquire_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____49.40_____ for a total of $_____949.40_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*