UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

Order Filed on August 17, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY P. JOSEPH

| | |
|---|---|
| Case No.: | 15-33426 (JNP) |
| Chapter: | 13 |
| Judge: | Jerrold N. Poslusny |

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 17, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____ Rex J. Roldan, Esquire _____ for the reduction of time for a hearing on _debtor's Motion to Permit Sale of Real Property and to Waive the Fed. R. Bankr. P. 6004(h) Stay_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ August 28, 2018 _____ at _10:00 a.m._ in the United States Bankruptcy Court, _____ 400 Cooper Street, 4th Floor, Camden, NJ 08101 _____, Courtroom No. ___4C___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, Township of Willingboro Tax Collector and Secured Creditors of the Property

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other interested parties

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail

   _____ day(s) prior to the scheduled hearing; or  Friday, August 24, 2018

   ☐  may be presented orally at the hearing.

8.   ☒  Court appearances are required to prosecute the motion/application and any objections.

   ☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 15-33426-JNP
Anthony P. Joseph                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 17, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db              +Anthony P. Joseph,    17 Box Turtle Ln,    Sicklerville, NJ 08081-5684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Jeanette F. Frankenberg    on behalf of Creditor    SETERUS, INC. as the authorized servicer for
             FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), creditor c/o SETERUS, INC. cmecf@sternlav.com
            Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Rex J. Roldan    on behalf of Debtor Anthony P. Joseph roldanlaw@comcast.net,
             r43760@notify.bestcase.com
                                                                                            TOTAL: 6