Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                     Case No.:  15−33426−JNP
                                     Chapter:  13
                                     Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony P. Joseph
    17 Box Turtle Ln
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−1895

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 16, 2019
JAN: eag

                                              Jeanne Naughton
                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                   Case No. 15-33426-JNP
Anthony P. Joseph                                        Chapter 13
         Debtor             CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Oct 16, 2019
                             Form ID: cscnodsc        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db             +Anthony P. Joseph,    17 Box Turtle Ln,    Sicklerville, NJ 08081-5684
515904730       Allstate New Jersey Insurance Company,    PO Box 40047,    Roanoke, VA 24022-0047
515904732       Bank of America Home Loans Servicing, LP,    ATTN: Customer Service,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515904733      +Beneficial Bank,    530 Walnut St,    Philadelphia, PA 19106-3624
516004964      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515904734       Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
515904737      +Healthcare Employees FCU,    29 Emmons Dr Ste C40,    Princeton, NJ 08540-5971
515904738      +Hess Financial Grp,    1200 S Church #105,    Mount Laurel, NJ 08054-2936
515904740      +Kunjunjamma G. Joseph,    17 Box Turtle Ln,    Sicklerville, NJ 08081-5684
516116554     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:     Nationstar Mortgage LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
515904741      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516115965      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515904742       PNC Bank, NA,    PO Box 3429,    Pittsburgh, PA 15230-3429
515904743       Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
516119937     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:     Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143)
515904744       Seterus, Inc.,    PO Box 2206,    Grand Rapids, MI 49501-2206
515904745       South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
515904746      +Stern, Lavinthal, Frankenberg & Norgaard,    105 Eisenhower Pkwy Ste 302,
                 Roseland, NJ 07068-1640
516379436      +Township of Willingboro Tax Collector,    1 Rev. Dr. M. L. King, Jr. Drive,    Suite 205,
                 Willingboro, NJ 08046-2853
515904747       Willingboro Utilities Authority,    433 John F. Kennedy Way,    Willingboro, NJ 08046-2119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515904731       E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2019 00:20:38      Atlantic City Electric,
                 Pepco Holdings, Inc.,    Bankruptcy Division, Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
515904735      +E-mail/Text: documentfiling@lciinc.com Oct 17 2019 00:19:56      Comcast,    1 Comcast Ctr,
                 Philadelphia, PA 19103-2899
515904736      +E-mail/Text: Bankruptcy.Consumer@dish.com Oct 17 2019 00:21:08      Dish Network,    PO Box 9033,
                 Littleton, CO 80160-9033
515904739       E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:25      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 16, 2019
                              Form ID: cscnodsc        Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeanette F. Frankenberg   on behalf of Creditor   SETERUS, INC.  as the authorized servicer for
           FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), creditor c/o SETERUS, INC. cmecf@sternlav.com
          Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rex J. Roldan   on behalf of Debtor Anthony P. Joseph roldanlaw@comcast.net,  roldanlaw1@gmail.com
                                                                                         TOTAL: 6